UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DRAKE MANOR, INC.,                                  07 Civ. 10957 (SCR)

                              *Petitioner*,          **NOTICE OF APPEARANCE**

    - against -

ANGELA DIPILATO,

                              *Respondent*.

------------------------------------------------------------------X

      ***PLEASE TAKE NOTICE*** that P. Daniel Hollis III, a member of the firm of SHAMBERG MARWELL DAVIS & HOLLIS, P.C., counsel for Petitioner DRAKE MANOR, INC., hereby files this notice solely for the purpose of receiving ECF alerts via e-mail. This notice should not be deemed as a waiver of any jurisdictional defenses available to Petitioner.

*Dated*: January 9, 2008
       Mount Kisco, New York

                                     SHAMBERG MARWELL DAVIS & HOLLIS, P.C.

                                     By: _____
                                         P. Daniel Hollis III (PH 1223)
                                         *Counsel for Petitioner*
                                         55 Smith Avenue
                                         Mount Kisco, NY 10549
                                         (914) 666-5600

TO:    Ralph J. Elefante, Esq.
         ELEFANTE, MARON & MAZZANTI
         274 White Plains Road
         Eastchester, New York 10707
         (914) 961-5654

Y:\WPDOCS\07514\001\Documents\Notice of Appearance.wpd