UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

DRAKE MANOR, INC.,

07 Civ. 10957 (SCR)

Petitioner,

**AFFIDAVIT OF
SERVICE**

- against -

ANGELA DIPILATO,

Respondent.

--------------------------------------------------------------------X

*STATE OF NEW YORK*                }
                                   } *s.s.:*
*COUNTY OF WESTCHESTER*            }

**Jane E. Cascioli,** being duly sworn, says:

I am not a party to the action, am over 18 years of age and reside at: South Salem, New York.

On January 9, 2008, I served a true copy of a ***Notice of Appearance*** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Ralph J. Elefante, Esq.
ELEFANTE, MARON & MAZZANTI
274 White Plains Road
Eastchester, New York 10707
(914) 961-5654

.................................................................
Jane E. Cascioli

Sworn to before me on January 9, 2008

.................................................................
Notary Public

LISA PRESUTTI
Notary Public, State of New York
No. 01PR6012957
Qualified in Dutchess County
Commission Expires September 8, 20 10