## SHAMBERG MARWELL DAVIS & HOLLIS, P.C.

ATTORNEYS AT LAW

55 SMITH AVENUE
MOUNT KISCO, N.Y. 10549
(914) 666 - 5600
FAX: (914) 666-6267

January 15, 2008

Hon. Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York  10601

**MEMO ENDORSED**

  Re: *Drake Manor, Inc. v. Angela DiPilato*
    *Case No.: 07 Civ. 10957 (SCR)*
    *Assigned Judge: Hon. Stephen C. Robinson*

Dear Judge Robinson:

  In furtherance of our conversation with your Clerk, Brendan Skolnick, please be advised that the undersigned, as the attorney for the Petitioner in the above-referenced matter, and Ralph Elefante of the firm of Elefante, Maron & Mazzantim, attorneys for the Respondent, have agreed to the following schedule with regard to a Motion the undersigned intends to make for the remand of this matter to the City Court of the City of New Rochelle pursuant to 28 U.S.C. 1447.

  According to the above-referenced agreement between counsel, we will serve and file our Motion by February 8, 2008.  The Respondent's opposition must be served and filed by February 28, 2008 and our Reply is due to be served and filed by March 21, 2008 at which time the matter will be fully submitted.

Respectfully submitted,

*Daniel Hollis*

P. Daniel Hollis III

PDH:jec

c: Ralph J. Elefante, Esq.
  Morton Kaner, Esq.
  Mr. Erich Hoffmann

Y:\WPDOCS\07514\001\Letters\Robinson 01.wpd

**SO ORDERED**

*Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
3/10/08