UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DRAKE MANOR, INC.,                              07 Civ. 10957 (SCR)

                      Petitioner,           **AFFIDAVIT OF SERVICE**

        - against -

ANGELA DIPILATO,

                      Respondent.
------------------------------------------------------------------X

STATE OF NEW YORK    }
                                } s.s.:
COUNTY OF WESTCHESTER }

      **Jane E. Cascioli,** being duly sworn, says:

      I am not a party to the action, am over 18 years of age and reside at: South Salem, New York.

      On May 5, 2008, I served a true copy of a *Memorandum of Law and Reply Affidavit of Counsel in Support of Peitioner's Motion to Remand for Lack of Subject Matter Jurisdiction* by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery to the addressee at the address as indicated below:

*Via Federal Express*

Ralph J. Elefante, Esq.
ELEFANTE, MARON & MAZZANTI
274 White Plains Road
Eastchester, New York 10707
(914) 961-5654

                                                         _____
                                                         Jane E. Cascioli

Sworn to before me on May 5, 2008

_____
Notary Public

        LISA PRESUTTI
  Notary Public, State of New York
       No. 01PR6012957
    Qualified in Dutchess County
Commission Expires September 8, 20 10